478 A.2d 94

Commonwealth v. Gibson, Appellant.

Submitted May 4, 1984. Catherine A. Porter, for appellant; William F. Merz, Assistant District Attorney, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.